**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **JENE W. OWENS, SR.,** | * |
| | * |
| Plaintiff, | * |
| | * |
| VS. | *   CASE NO.: 12-00005 |
| | * |
| | * |
| **DCM SERVICES, LLC, and** | * |
| **OMNICARE-UNICARE, INC.,** | * |
| | * |
| Defendant. | * |

**NOTICE OF DISMISSAL**

COMES NOW Plaintiff, Jene W. Owens, Sr., and. pursuant to Rule 41 (a)( 1 )(A)(i) of the *Federal Rules of Civil Procedure* hereby provides this NOTICE of the DISMISSAL of this action with prejudice.

/s/ Kenneth J. Riemer
KENNETH J. RIEMER (RIEMK8712)
Underwood & Riemer, P.C.
Attorney for Plaintiff
Post Office Box 1206
Mobile, Alabama 36633
Telephone: (251) 432-9212
Fax Number: (251) 433-7172
E-mail: kriemer@alaconsumerlaw.com

**CERTIFICATE OF SERVICE**

I do hereby certify that I have on this the 16th day of February, 2012 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to all counsels of record.

/s/ Kenneth J. Riemer
KENNETH J. RIEMER