## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| JENE W. OWENS, SR., | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No. 12-0005-CG-B** |
| | ) | |
| DCM SERVICES, LLC, and | ) | |
| OMNICARE-UNICARE, INC., | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

The plaintiff having filed a notice of voluntary dismissal (Doc. 7), and there having been no answer or motion for summary judgment filed in this matter, this action is hereby **DISMISSED** without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

**DONE and ORDERED** this 17th day of February, 2012.


/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE